IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01374-REB-KLM

LEROY W. BAKER,

     Plaintiff,

v.

BUCKNER, Officer: S.G.T., and
GRANT, Officer.

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Plaintiff's "Status Motion & Notice of Appeal . . ."** [Docket No. 26; Filed May 3, 2012] (the "Motion"). On instruction by the District Judge's Chambers, the Motion was filed as a Motion for Default Judgment. Construing the Motion liberally as it must, the Court believes that Plaintiff is seeking entry of default judgment in his favor, because he submitted his Response in objection to the pending Motion to Dismiss [#22] in December, and he has not received notice that the Motion to Dismiss has been resolved.

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. The Motion is granted to the extent that the Court informs Plaintiff that the Motion to Dismiss [#22] remains pending, Plaintiff's Brief in Opposition to the Motion to Dismiss was received and filed on the docket [#25], and the Court will issue a written Recommendation regarding the Motion to Dismiss in due course. Default judgment is not appropriate here, because Defendants have responded to the Complaint with an Answer [#23] and the pending Motion to Dismiss [#22]. *See* Fed. R. Civ. P. 55. Accordingly, the Motion is denied in all other respects.

     Dated: May 4, 2012