**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01374-REB-KLM

LEROY W. BAKER,

    Plaintiff,

v.

BUCKNER, Officer: S.G.T., and
GRANT, Officer,

    Defendants.

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Final Judgment** is entered.

A. Pursuant to the **Order To Dismiss in Part and To Draw Case to a District Judge and to a Magistrate Judge** [#14] entered by Senior Judge Lewis T. Babcock on September 15, 2011, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That defendants Aristedes Zavaras, Kevin Milyard, Four Unknown Officres, Officer Boyer, Officer Schropfer and All Other Officers are **DISMISSED** as parties to this action for Plaintiff's failure to allege their personal participation.

B. Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#30] entered by Judge Robert E. Blackburn on June 29, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That the **Defendants' Motion To Dismiss** [#22] filed December 19, 2011, is **GRANTED**;

2. That the plaintiff's Claims One and Three, as stated in his **Prisoner Complaint** [#13] filed September 7, 2011, are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6);

3. That the plaintiff's Claims Two and Four, as stated in his **Prisoner Complaint** [#13] filed September 7, 2011, are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6);

4. That under 42 U.S.C. § 1988, the plaintiff's requests for attorney fees are **DENIED**.

C. Pursuant to the **Order Denying Motion for Reconsideration** [#32] entered by Judge Robert E. Blackburn on October 29, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That the filing of the **Objections to the Courts Adoption of Magistrates Recommendations: Requesting: Rehearing** [#31] on July 16, 2012, and construed as a motion under F ED. R. C IV. P. 59(e) or 60(b), is **DENIED**;

2. That **JUDGMENT IS ENTERED** in favor of the defendants, BUCKNER, Officer: S.G.T., and GRANT, Officer, against the plaintiff, Leroy W. Baker, on each of the claims asserted in the complaint; and

3. That the defendants are **AWARDED** their costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 31st day of October, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk